IN RE M.W.

2016-Ohio-5452.]

(No. 2014–1759—Submitted July 13, 2016—Decided August 23, 2016.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re D.S.*, 146 Ohio St.3d 182, 2016-Ohio-1027, 54 N.E.3d 1184.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent for the reasons stated in the dissenting opinion in *In re D.S.*

---

Paul A. Dobson, Wood County Prosecuting Attorney, and David T. Harold, Assistant Prosecuting Attorney, for appellee, state of Ohio.

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant, M.W.

IN RE J.O.

2016-Ohio-5453.]

(No. 2014–1860—Submitted July 13, 2016—Decided August 23, 2016.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re D.S.*, 146 Ohio St.3d 182, 2016-Ohio-1027, 54 N.E.3d 1184.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent for the reasons stated in the dissenting opinion in *In re D.S.*

Timothy Young, Ohio Public Defender, and Brooke M. Burns, Assistant Public Defender, for appellant, J.O.

IN RE J.N.

2016-Ohio-5457.]

(No. 2015–1977—Submitted July 13, 2016—Decided August 23, 2016.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *In re D.S.*, 146 Ohio St.3d 182, 2016-Ohio-1027, 54 N.E.3d 1184.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, and FRENCH, JJ., concur.

PFEIFER, LANZINGER, and O'NEILL, JJ., dissent for the reasons stated in the dissenting opinion in *In re D.S.*

Ron O'Brien, Franklin County Prosecuting Attorney, and Katherine J. Press, Assistant Prosecuting Attorney, for appellee, state of Ohio.

Yeura R. Venters, Franklin County Public Defender, and David L. Strait, Assistant Public Defender, for appellant, J.N.